NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GERARDO MARTINEZ,                          )
                                           )
        Appellant,                         )
                                           )
v.                                         )        Case No. 2D18-1565
                                           )
RUEBIN A. MARTIN,                          )
                                           )
        Appellee.                          )
_____)

Opinion filed May 1, 2019.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

David A. Papa of Papa & Gipe, P.A.,
Clearwater, for Appellant.

Anthony J. Russo and Mihaela Cabulea of
Butler, Weihmuller Katz Craig LLP, Tampa;
and Mark S. Ramey of Ramey & Kampf,
P.A., Tampa, for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, VILLANTI, and MORRIS, JJ., Concur.